ENGLANDER COMPANY, INC., a Delaware Corporation, Respondent, *v.* SOL TISHLER, Individually and as President of Bedding, Curtain & Drapery Workers Union, Local 140, C. I. O., et al., Appellants.

Submitted October 3, 1955; decided October 6, 1955.

*James P. Durante* for motion.

*Victor Rabinowitz* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution.